IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CASEY NODEL, ) | |
| ) | **FILED** |
| *Plaintiff,* ) | **JANUARY 16, 2008** |
| ) No. 08 CV ____ | MICHAEL W. DOBBINS |
| -vs- ) | CLERK, U.S. DISTRICT COURT |
| ) *(jury demand)* | |
| CITY OF CHICAGO and ) | **08 C 349** |
| CHICAGO POLICE OFFICER ) | |
| #19741, ) | **JUDGE DER-YEGHIAYAN** |
| ) | **PH MAGISTRATE JUDGE VALDEZ** |
| *Defendants.* ) | |

## COMPLAINT

Plaintiff, by counsel, allege as follows:

1. This is a civil action arising under 42 U.S.C. §1983. The jurisdiction of this Court is conferred by 28 U.S.C. §1343 and 28 U.S.C. §1367.

2. Plaintiff Casey Nodel is a resident of the State of Michigan.

3. Defendant City of Chicago is an Illinois municipal corporation. Plaintiff invokes the supplemental jurisdiction of this Court to assert state law claims against the City and does not assert any federal claim against the municipality.

4. Defendant Chicago Police Officer Star Number 19741 (hereinafter "19741") was at all times relevant acting as a Chicago police officer.

5. On September 28, 2007, defendant 19741 arrested plaintiff and caused her to be charged with offenses.

6. Defendant did not have a lawful basis to arrest plaintiff.

7. After arresting plaintiff without probable cause, defendant 19741 made up facts to justify his unlawful act.

8. Plaintiff was prosecuted on the basis of the falsehoods fabricated by defendant 19741.

9. At her first court appearance, plaintiff demonstrated to the prosecutor that the officer had made up a story to explain the arrest and the prosecutor dismissed all charges.

10. As the direct and proximate result of the above described acts, plaintiff was subjected to a false arrest, maliciously prosecuted, and deprived of rights secured by the Fourth Amendment to the Constitution of the United States.

11. Plaintiff hereby demands trial by jury.

Wherefore plaintiff requests that judgment be entered in her favor and against both defendants in an amount in excess of thirty thousand dollars as compensatory damages and against defendant 19741 in the amount of fifty thousand dollars as punitive damages.

/s/ Kenneth N. Flaxman

_____

KENNETH N. FLAXMAN
ARDC No. 830399
200 South Michigan Avenue
Suite 1240
Chicago, Illinois 60604-2430

(312) 427-3200 (phone)
(312) 427-3930 (fax)
knf@kenlaw.com

*attorney for plaintiff*