## United States District Court for the Northern District of Illinois

Case Number: 08CV349                    Assigned/Issued By: J. N.

Judge Name: DER-YEGHIAYAN        Designated Magistrate Judge: VALDEZ

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00     [ ] $39.00     [ ] $5.00
                [ ] IFP          [ ] No Fee     [ ] Other _____
                [ ] $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350_____        Receipt #: 2467386_____

Date Payment Rec'd: 1-16-08_____       Fiscal Clerk: J. N._____

---

### ISSUANCES

[✓] Summons                             [ ] Alias Summons

[ ] Third Party Summons                 [ ] Lis Pendens

[ ] Non Wage Garnishment Summons        [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons  _____
                                        _____
[ ] Citation to Discover Assets         (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

__2__ Original and __0__ copies on __1-16-08__ as to __CITY OF CHICAGO;__
                                   (Date)
CHICAGO POLICE OFFICER 19741_____
_____

C:\wpwin80\docket\feeinfo.frm       03/14/05