IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CASEY NODEL, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | No. 08 CV 349 |
| -vs- ) | |
| ) | *(Judge Der-Yeghiayan)* |
| CITY OF CHICAGO and ) | |
| CHICAGO POLICE OFFICER ) | |
| #19741, ) | |
| ) | |
| *Defendants.* ) | |

# NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1), plaintiff hereby dismisses this action without prejudice.

/s/ Kenneth N. Flaxman

———————————————

KENNETH N. FLAXMAN
ARDC No. 830399
200 South Michigan Avenue
Suite 1240
Chicago, Illinois 60604-2430

(312) 427-3200 (phone)
(312) 427-3930 (fax)
knf@kenlaw.com

*attorney for plaintiff*